Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED
*January 22, 2021*
Nathan Ochsner, Clerk of Court

Pamela Elizabeth Branch §
§
versus §   CIVIL ACTION NO. _____
§
Harris County §   **4:21cv2224**
Harris County Flood Control §
§

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Pamela Elizabeth Branch

   Address: 23968 Dorrington Estates
   Conroe, Texas 77385

   County of Residence: Montgomery

3. The defendant is: Harris County (Harris Cty Flood Control)

   Address: 1019 Congress, Fifteenth Floor
   Houston, Texas 77002

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 3-10-2016 with the Equal Opportunity Commission.

5. On the date of 11/2/2020, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ■ race

    (b) ■ color

    (c) ■ sex

    (d) ☐ religion

    (e) ☐ national orgin,

the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ■ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ■ other: During My tenure; I was unable to mangege the team + perform my duties as a manager.

7. When and how the defendant has discriminated against the plaintiff:

Several occassions - I have evidence and witnesses to the discrimination, I was written up + placed on performance improvement without cause, falsely accussed, harassed by employees

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: 23958 Dorrington Estates
Conroe, Texas 77385

Telephone: 832-403-7359

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Pamela Branch<br>23958 Dorrington Estates<br>Conroe, TX 77385 | From: Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2020-03415 | Hannah Ye,<br>Investigator Support Asst | (346) 327-7723 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Gabriel Cervantes    *Digitally signed by Gabriel Cervantes*    11/2/2020

Enclosures(s)     for    Rayford O. Irvin,      *(Date Mailed)*
                               District Director

cc:   Vine Ryan                          Texas Workforce Commission-Civil Rights Division
     County Attorney                101 East 15th Street Room 144T
     HARRIS COUNTY FLOOD CONTROL DISTRICT    Austin, TX 78778
     9900 NW Freeway
     Houston, TX 77092